# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128015 & (56)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AYESHA HAQUE, Personal Representative
of the Estate of SAZZADUL HAQUE, Deceased,
          Plaintiff-Appellant/Cross-Appellee,

v                                                SC: 128015
                                                 COA: 250128
                                                 Oakland CC: 1997-000541-NH

WILLIAM BEAUMONT HOSPITAL,
          Defendant-Appellee/Cross-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 20, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

p1024